# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTELLAS PHARMA INC., ASTELLAS IRELAND CO., LTD. and ASTELLAS PHARMA GLOBAL DEVELOPMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ASCENT PHARMACEUTICALS, INC., MSN PHARMACEUTICALS INC., and MSN LABORATORIES PRIVATE LIMITED, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. _____ |

## SUPPLEMENTAL INFORMATION FOR PATENT CASES INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)

Plaintiffs Astellas Pharma Inc., Astellas Ireland Co., Ltd., and Astellas Pharma Global Development, Inc. (collectively "Plaintiffs") hereby provide the information below with respect to the deadlines set forth in 21 U.S.C. §355(b)(2):

Date Patentee(s) Received Notice:   No Earlier than March 22, 2023 (as to Ascent) & May 18, 2023 (as to MSN)

Thirty Month Stay Deadline:   N/A

Date of Expiration of Patents:

| U.S. Patent No. | Expiration Date |
|---|---|
| 12,059,409 | No earlier than September 28, 2029 <br> (March 28, 2030 pediatric exclusivity expiration) |
| 11,707,451 | No earlier than September 28, 2029 <br> (March 28, 2030 pediatric exclusivity expiration) |

ME1 50193474v.1

| | |
|---|---|
| 12,097,189 | No earlier than September 28, 2029 (March 28, 2030 pediatric exclusivity expiration) |

Dated: September 27, 2024

OF COUNSEL:

Simon D. Roberts
Jason A. Leonard
Jayita Guhaniyogi
Vincent Li
MCDERMOTT WILL & EMERY
One Vanderbilt Avenue
New York, NY 10017-3852
(212) 547-5400
simonroberts@mwe.com
jleonard@mwe.com
jguhaniyogi@mwe.com
vli@mwe.com

Samoneh Schickel
MCDERMOTT WILL & EMERY
300 Colorado Street, Suite 2200
Austin, TX 78701
Tel: (512) 298-5686
sschickel@mwe.com

James F. Hurst, P.C.
Bryan S. Hales
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
(312) 862-2000
james.hurst@kirkland.com
bryan.hales@kirkland.com

MCCARTER & ENGLISH, LLP

/s/ *Daniel M. Silver*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiffs*
*Astellas Pharma Inc.,*
*Astellas Ireland Co., Ltd., and*
*Astellas Pharma Global Development, Inc.*

2

Jeanna M. Wacker
Ashley Ross
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800
jeanna.wacker@kirkland.com
ashley.ross@kirkland.com

Diva Hollis
Ashley Cade
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 389-5000
diva.hollis@kirkland.com
ashley.cade@kirkland.com